UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JAYSON TYLER AYCOCK, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:24-CV-00144 NCC |
| GRADY BUTCH MCHANEY, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(b), plaintiff is required to submit a certified copy of his prison trust account statement for the six-month period before the filing of the complaint. He has not done so.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (30) days from the date of this Order, plaintiff must submit a copy of his prison trust account statement for the six-month period before the filing of the complaint.

**IT IS FURTHER ORDERED** that plaintiff's failure to comply with this Order will result in a dismissal of this action, without prejudice.

Dated this 31st day of July, 2024.

_____
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE